IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MICHAEL U. ARIWODO, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-07-0136 |
| | § | |
| KENNETH LANDGREBE, et al., | § | |
| | § | |
| Respondents. | § | |

**ORDER ON DISMISSAL**

Petitioner Michael U. Ariwodo, an alien detainee, filed this habeas petition under 28 U.S.C. § 2241 seeking release from his continued detention. The Court ordered respondents to file an answer to the petition, and sent petitioner a copy of the order to answer. The answer is not due at this time and has not been filed.

On January 25, 2007, petitioner's copy of the order to answer was returned to the Court as undeliverable, with a notation that petitioner has been released from detention. (Docket Entry No. 4.) As it appears petitioner has been accorded the relief sought by his petition, this petition is now moot.

Accordingly, this petition is **DISMISSED** without prejudice as moot.

Signed at Houston, Texas, on January 29, 2007.

Gray H. Miller
United States District Judge