# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| MICHAEL U. ARIWODO, § | |
| § | |
| Petitioner, § | |
| § | |
| v. § | CIVIL ACTION NO. H-07-0136 |
| § | |
| KENNETH LANDGREBE, ET AL., § | |
| § | |
| Respondents. § | |

## ORDER ON DISMISSAL

Petitioner filed a motion to dismiss this habeas lawsuit. (Docket Entry No. 13.) Counsel for respondents has informed the Court that the motion is unopposed.

Accordingly, the motion to dismiss is GRANTED and this petition is DISMISSED, without prejudice.

Signed at Houston, Texas on April 11, 2007.

_____
Gray H. Miller
United States District Judge